ALBERT SCHULTZ, Respondent, v. UTILITY LAUNDRY SERVICE, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

JACK SMITH, Appellant, v. CENTRAL ADJUSTMENT BUREAU, INC., and Others, Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MIRIAM SHARBER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

URBACH BROTHERS, INC., Respondent, v. RINGLING BROS. BARNUM & BAILEY COMBINED SHOWS, INC., Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HENRY A. UTERHART, as Receiver of SOUTH SHORE THRIFT CORPORATION, Appellant, v. NATIONAL BANK OF FAR ROCKAWAY and Others, Defendants, and MICHAEL W. BRAND, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

VIJAX COAL CORP., Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

HENRIETTA ASHTON, Respondent, v. FANNY GUDAT, Appellant, and Others, Defendants.— Action to foreclose a mortgage on a parcel of real property in Nassau county. Judgment of the County Court of Nassau County in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MARTIN J. BAMMAN, Respondent, v. FRANK ERICKSON, Appellant.— Order denying defendant's motion for a further bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

JOSEPHINE BERHALTER, as Administratrix, etc., of JOHN ADAMS GRIMMIG, Deceased, Respondent, v. MICHAEL BILANCHUK, Appellant.— Action to recover damages for the death of plaintiff's intestate, alleged to have resulted from an assault committed by appellant, a police officer. Resettled judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.